# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM W. SHARPE, <br><br> Petitioner, <br><br> v. <br><br> TOM FELKER, Warden, <br><br> Respondent. | Case No. CV 08-1470-AG (JTL) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations set forth in the Final Report and Recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: December 1, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE